**Order entered July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00782-CV

**FRISCO SQUARE DEVELOPERS, L.L.C., Appellant**

**V.**

**GEARBOX SOFTWARE, L.L.C., Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02307-2015**

## ORDER

We **GRANT** appellant's July 28, 2015 unopposed motion for an extension of time to file a brief.  Appellant shall file a brief by **AUGUST 20, 2015**.  We caution appellant that no further extension of time will be granted in this accelerated absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE